**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CASE NO. 3:22-CR-16 (CAR)** |
| | : | |
| **SANDERRIOUS ELDER** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Sanderrious Elder. The Government has indicated that newly discovered evidentiary issues preclude successful prosecution.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charge against Defendant Sanderrious Elder is DISMISSED WITHOUT PREJUDICE

SO ORDERED, this _30_ day of March, 2023.

TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA